ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff Jeffrey P. Bennett*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY P. BENNETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20−cv−01584-GMN-DJA<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[SPECIAL SCHEDULING REVIEW REQUESTED]** |

Pursuant to Fed. R. Civ. P. 26 and 26-1, Plaintiff, JEFFREY P. BENNETT, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ. of the law firm of JENNINGS & FULTON, LTD., and Defendant UNITED STATES OF AMERICA, by and through NICHOLAS A. TRUTANICH, ESQ., United States Attorney, and SKYLER H. PEARSON, Assistant United States Attorney, hereby submit this proposed Joint Discovery Plan and Scheduling Order.

**First Appearance.** Plaintiff filed the Complaint on August 26, 2020. On January 5, 2021, Defendant filed the Answer. On January 6, 2021, Plaintiff filed his Demand for Jury Trial.

**FRCP26(f) Conference**.  On January 14th, 2021, counsel for Plaintiff Logan G. Willson, Esq., and counsel for Defendant, Skyler H. Pearson, Esq., participated in a discovery and scheduling conference to discuss all issues required by Federal Rule of Civil Procedure 26(f) and LR 26-1.

**Statement Concerning Special Scheduling Review and Modified Deadlines**. The Parties discussed the impact of COVID-19 on timing of discovery and the ability to conduct discovery. While the Parties agree that discovery can proceed, the parties agree that the broad-scale disruption caused by social distancing, remote working, and the other impacts of COVID-19 will hinder the progress of discovery for the foreseeable future. Moreover, this is a personal injury matter, anticipated depositions for multiple medical providers hinders the ability to schedule and conduct depositions. Further, initial and rebuttal expert disclosures and depositions will be further delayed as a result. As such, the parties have agreed to propose an extended schedule to accommodate the inevitable delays and disruptions as a result of COVID-19. The parties propose the following discovery plan:

1. **Discovery Cut-Off Date**.  The proposed cut-off date for discovery shall be November 15th, 2021, 10 months from the FRCP 26 Conference. The parties also have requested additional time beyond the typical six-month discovery period in anticipation of the disruption to health and safety concerns of COVID-19 which they expect will significantly impact conducting discovery in the foreseeable future.

2. **Amending Pleadings and Adding Parties**. All motions to amend the pleadings or add parties shall be filed no later than August 17, 2021, not more than 90 days prior to the close of discovery.

3. **Fed. R. Civ. P.26(a)(2) (Experts)**.  Disclosures concerning experts shall be made by September 16, 2021, not more than 60 days prior to the close of discovery.

Disclosures concerning rebuttal experts shall be made by October 15, 2021, not more than 30 days prior to the close of discovery.

4. **Dispositive Motions**. The date for filing dispositive motions shall be not later than December 15, 2021, not more than 30 days after the close of discovery. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to not later than thirty (30) days from the subsequent discovery cut-off date.

5. **Pretrial Order**. The date for filing the joint pretrial order shall be not later than December 15, 2021, 30 days after the close of discovery. In the event that dispositive motions are filed, the date for fling the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the Court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to not later than thirty (30) days from the subsequent discovery cut-off date.

6. **Fed. R. Civ. P.26(a)(3) Disclosures**. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

7. **Alternative Dispute Resolution**. The Parties have discussed all alternative forms of dispute resolution and will continue to explore the possibility as this case proceeds.

8. **Alternative Form of Case Disposition**. The Parties have discussed this option and agree that this case is properly set before the District Court.

9. **Electronic Evidence**. The Parties have discussed the use of electronic evidence at trial and plan on presenting electronic evidence pursuant to this rule at trial.

10. **Extensions or Modification of The Discovery Plan and Scheduling Order**. Any stipulation or motion must be made pursuant to LR 26-4 ~~26-3~~ and be supported by a showing of good cause, no later than twenty-one (21) days prior to the discovery cut-off date.

11. **Subjects of Discovery**. The Parties agree that discovery may be taken on any subjects permitted by the Federal Rules of Civil Procedure.

12. **Discovery Phases**. The Parties do not believe it is necessary to conduct discovery in phases.

13. **Document Production**.  All documents produced in this action will be delivered as either hard copy documents or Tagged Image File Format ("TIFF"), Portable Document Format ("PDF"), and compressed digital files (JPEG) images unless the requesting party specifically requests that any responsive electronic documents be produce in native format. If a requesting party seeks metadata regarding an electronically stored document, that party shall specify the request for metadata in the request or by separate request for production.

14. **Protective Orders for Confidential Documents and/or Information**. The Parties discussed confidential information and the process for addressing inadvertent disclosure of privileged information. They have agreed to separately prepare a stipulated

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

protective order for the Court's consideration.

DATED: January 25th, 2021               DATED: January 25th, 2021

**JENNINGS & FULTON, LTD.**              **UNITED STATES ATTORNEY**

  /s/ Adam R. Fulton, Esq._____            /s/ Skyler H. Pearson, Esq._____
ADAM R. FULTON, ESQ.                     NICHOLAS A. TRUTANICH, ESQ.
Nevada Bar No. 11572                     Nevada Bar No. 13644
E-mail: afulton@jfnvlaw.com              SKYLER H. PEARSON, ESQ.
LOGAN G. WILLSON, ESQ.                   ASSISTANT UNITED STATES
Nevada Bar No. 14967                     ATTORNEY
E-mail: logan@jfnvlaw.com                501 Las Vegas Blvd. So., Ste. 1100
2580 Sorrel Street                       Email: Skyler.pearson@usdoj.gov
Las Vegas, Nevada 89146                  *Attorneys for the United States*
*Attorneys for Plaintiff*

### ORDER

IT IS HEREBY ORDERED that the parties' Joint Discovery Plan and Scheduling Order is granted in part and denied in part. The deadline to file the Joint Pretrial Order is **January 14, 2021,** 30 days after the dispositive-motion deadline.

DATED this 26th day of January, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 25th day of January 2021, I caused a true and correct copy of the foregoing **JOINT DISCOVERY PLAN AND SCHEDULING ORDER** by U.S. Mail addressed to the following counsel of record at the address listed below:

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov
*Attorneys for the United States*

          */s/ Karyna Cervantes*
          *An Employee of*
          JENNINGS & FULTON, LTD.