ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiff Jeffrey P. Bennett*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY P. BENNETT, an individual, | CASE NO.: 2:20−cv−01584-GMN-DJA |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION FOR NEGLIGENT RETENTION, TRAINING, HIRING, AND SUPERVISION OF EMPLOYEES WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED** that Plaintiff, JEFFREY P. BENNETT, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ. of the law firm of JENNINGS & FULTON, LTD., and Defendant UNITED STATES OF AMERICA, by and through, CHRISTOPHER CHIOU, Acting United States Attorney, and SKYLER H. PEARSON, Assistant United States Attorney, hereby stipulate to dismiss Plaintiff's second cause of action for negligent retention, training, hiring, and supervision without prejudice.

-1-

**IT IS HEREBY FURTHER STIPULATED** that the United States' Motion to Dismiss Plaintiff's Second Cause of Action (Negligent Retention, Training, Hiring, and Supervision of Employees) (ECF No. 13) and its Motion to Stay Discovery (ECF No. 14) are hereby withdrawn. Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: March 15th, 2021

**JENNINGS & FULTON, LTD.**

  /s/ Adam R. Fulton, Esq.
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED: March 15th, 2021

**UNITED STATES ATTORNEY**

  /s/ Skyler H. Pearson, Esq.
CHRISTOPHER CHIOU, ESQ.
Nevada Bar No. 14853
SKYLER H. PEARSON, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Blvd. So., Ste. 1100
Email: Skyler.pearson@usdoj.gov
*Attorneys for the United States*

**IT IS SO ORDERED.**

Dated this __15__ day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT