ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiff Jeffrey P. Bennett*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY P. BENNETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>DOES I-X, inclusive; and ROE<br>CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01584-GMN-DJA |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED JOINT PRE-TRIAL ORDER**

**IT IS HEREBY STIPULATED** that Plaintiff, JEFFREY P. BENNETT, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant UNITED STATES OF AMERICA, by and through its attorneys of record, JASON M. FRIERSON, ESQ., United States Attorney, and SKYLER H. PEARSON, ESQ., Assistant United States Attorney, hereby stipulate to extend the time to file the proposed Joint Pre-Trial Order.

Pursuant to the December 2, 2021 Stipulation and Order to Bifurcate Trial and to Extend Discovery Deadlines, the deadline to file the proposed Joint Pre-Trial Order is June

-1-

13, 2022. The May 17, 2022 Order Scheduling Settlement Conference outlines that this matter is set for a Settlement Conference on July 13, 2022. The parties request that a new deadline to file the Joint Pre-Trial Order be set 30 days after the conclusion of the Settlement Conference.

**IT IS SO STIPULATED.**

DATED: June 9th, 2022

**JENNINGS & FULTON, LTD.**

  /s/ Adam R. Fulton, Esq.  
ADAM R. FULTON, ESQ.  
Nevada Bar No. 11572  
E-mail: afulton@jfnvlaw.com  
LOGAN G. WILLSON, ESQ.  
Nevada Bar No. 14967  
E-mail: logan@jfnvlaw.com  
2580 Sorrel Street  
Las Vegas, Nevada 89146  
*Attorneys for Plaintiff*

DATED: June 9th, 2022

**UNITED STATES ATTORNEY**

  /s/ Skyler H. Pearson, Esq.  
JASON M. FRIERSON, ESQ.  
Nevada Bar No. 7709  
SKYLER H. PEARSON, ESQ.  
ASSISTANT UNITED STATES ATTORNEY  
501 Las Vegas Blvd. So., Ste. 1100  
Email: Skyler.pearson@usdoj.gov  
*Attorneys for the United States*

**IT IS SO ORDERED.** The parties shall file their Joint Pre-Trial Order by **August 12, 2022**.

DATED this 13th day of June, 2022.

_____  
DANIEL J. ALBREGTS  
UNITED STATES MAGISTRATE JUDGE

-2-