ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiff Jeffrey P. Bennett*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY P. BENNETT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:20-cv-01584-GMN-DJA <br><br> **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, JEFFREY P. BENNETT, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant UNITED STATES OF AMERICA, by and through its attorneys of record, JASON M. FRIERSON, ESQ., United States Attorney, and SKYLER H. PEARSON, ESQ., Assistant United States Attorney, that the July 13, 2022 Settlement Conference be continued and re-scheduled due to a scheduling conflict with Plaintiff's counsel.

The parties request that the Settlement Conference be rescheduled to any of the following dates:

1) July 18, 2022

2) July 19, 2022

3) July 26, 2022

4) July 28, 2022

5) July 29, 2022

The parties request that the Settlement Conference Statements be due by 12:00 p.m. PST and submitted via e-mail to Kimberly_LaPointe@nvd.uscourts.gov 10 days prior to the Settlement Conference. The parties further request that any requests for an exception to the Court's settlement attendance requirements must be filed and served on all parties at least 10 days prior to the Settlement Conference.

**IT IS SO STIPULATED.**

DATED: June 23, 2022

**JENNINGS & FULTON, LTD.**

___/s/ Adam R. Fulton, Esq._____
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED: June 23, 2022

**UNITED STATES ATTORNEY**

__/s/ Skyler H. Pearson, Esq._____
JASON M. FRIERSON, ESQ.
Nevada Bar No. 7709
SKYLER H. PEARSON, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Blvd. So., Ste. 1100
Email: Skyler.pearson@usdoj.gov
*Attorneys for the United States*

**IT IS ORDERED** that the Settlement Conference currently scheduled for July 13, 2022 is VACATED and **RESET** to **Monday, August 22, 2022** at **10:00 a.m.   IT IS FURTHER ORDERED** that the written settlement statements must be submitted by Noon on Monday, August 15, 2022.  **IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 23) shall remain in effect.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2022

-2-