ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiff Jeffrey P. Bennett*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY P. BENNETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01584-GMN-DJA |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED

### JOINT PRE-TRIAL ORDER [SECOND REQUEST]

**IT IS HEREBY STIPULATED** by and between Plaintiff JEFFREY P. BENNETT, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant UNITED STATES OF AMERICA, by and through its attorneys of record, JASON M. FRIERSON, ESQ., United States Attorney, and SKYLER H. PEARSON, ESQ., Assistant United States Attorney, to extend the time to file the proposed Joint Pre-Trial Order.

Pursuant to the June 13, 2022 Stipulation and Order to Extend Time to File Proposed Joint Pre-Trial Order, the deadline to file the proposed Joint Pre-Trial Order is August 12, 2022. As outlined in the June 27, 2022 Stipulation and Order to Continue Settlement Conference, the Settlement Conference has been rescheduled until August 22, 2022. The parties request that a new deadline to file the Joint Pre-Trial Order be set 30 days after the conclusion of the Settlement Conference.

**IT IS SO STIPULATED.**

DATED: June 28th, 2022

**JENNINGS & FULTON, LTD.**

   /s/ Adam R. Fulton, Esq.
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED: June 28th, 2022

**UNITED STATES ATTORNEY**

   /s/ Skyler H. Pearson, Esq.
JASON M. FRIERSON, ESQ.
Nevada Bar No. 7709
SKYLER H. PEARSON, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Blvd. So., Ste. 1100
Email: Skyler.pearson@usdoj.gov
*Attorneys for the United States*

**IT IS SO ORDERED**. The parties shall file their Joint Pre-Trial Order by **September 21, 2022**.

DATED this 29th day of June, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE