JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey P. Bennett, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; Does I through X, inclusive; and Roe Corporations I-X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01584-GMN-NJK<br><br>**Stipulation and Order to Extend Time to File Proposed Joint Pre-Trial Order**<br><br>**(Third Request)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jeffrey P. Bennett, by and through his attorney of record, Adam R. Fulton, Esq., Logan G. Willson, Esq. of the law firm of Jennings & Fulton, Ltd., and Defendant, United States of America, by and through Assistant United States Attorney Skyler H. Pearson, to extend the time to file the proposed Joint Pre-Trial Order 14 days, until October 5, 2022.

The deadline to file the Pre-Trial Order was set for June 13, 2022 (ECF No. 21). Following the close of discovery, on April 12, 2022, and after neither party filed dispositive motions on May 12, 2022, the Court ordered a settlement conference (ECF No. 23). The Court scheduled the settlement conference on May 17, 2022—prior to the deadline to file the Pre-Trial Order (ECF No. 23). The Court scheduled the settlement conference for July 13, 2022 (ECF No. 23). Thereafter, the parties sought, for the first time, to extend the

deadline to file the Pre-Trial Order (ECF No. 24). The Court granted the extension (ECF No. 25). Then, due to a scheduling conflict, the parties requested that the settlement conference be rescheduled (ECF No. 26). The Court rescheduled the settlement conference for August 22, 2022 (ECF No. 27). Due to the rescheduling of the settlement conference, the parties again sought to extend the deadline to file a Joint Pre-Trial Order until after the conclusion of the settlement conference (ECF No. 28). The Court granted the extension and ordered the parties to file a proposed Joint Pre-Trial Order by September 21, 2022 (ECF No. 30).

The Court held a settlement conference on August 22, 2022. *See* ECF No. 32. The case did not settle. *See* ECF No. 32. Due to upcoming travel by both counsel for Plaintiff and counsel for Defendant, the parties request that the deadline to file the Joint Pre-Trial Order be extended 14 days, until October 5, 2022.

Respectfully submitted this 8th day of September 2022.

| | |
|---|---|
| **JENNINGS & FULTON, LTD.** | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Logan G. Willson*<br>LOGAN G. WILLSON, ESQ.<br>Attorney for Plaintiff | /s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2022

2