JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey P. Bennett, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; Does I through X, inclusive; and Roe Corporations I-X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01584-GMN-NJK<br><br>**Stipulation and Order to Strike Plaintiff's Jury Demand** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jeffrey P. Bennett, by and through his attorney of record, Adam R. Fulton, Esq., Logan G. Willson, Esq. of the law firm of Jennings & Fulton, Ltd., and Defendant, United States of America, by and through Assistant United States Attorney Skyler H. Pearson, that Plaintiff's jury trial demand (ECF No. 9) be stricken and that this case proceed as a bench trial.

Plaintiff filed this action arising under the Federal Tort Claims Act, ("FTCA") 28 U.S.C. §§ 1346(b), 2671–80 (ECF No. 1 at ¶ 2). Thereafter, Plaintiff filed a demand for a jury trial (ECF No. 9). However, Congress has stripped plaintiffs, like Mr. Bennett, of the right to a jury trial by statute. *See* 28 U.S.C. § 2402; *see also Nurse v. United States*, 226 F.3d 996, 1004 (9th Cir. 2000) ("The district court correctly concluded that plaintiff has no right to a jury trial on her claims against the United States.") (citations omitted).

Accordingly, the parties stipulate and agree that this case should proceed as a bench trial to commence on Monday May 8, 2023 at 8:30 A.M.

Respectfully submitted this 8th day of December 2022.

| | |
|---|---|
| **JENNINGS & FULTON, LTD.** | JASON M. FRIERSON<br>United States Attorney |
| /s/ Logan G. Willson<br>LOGAN G. WILLSON, ESQ.<br>Attorney for Plaintiff | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated this __8__ day of December, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT