1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3
   SKYLER H. PEARSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  skyler.pearson@usdoj.gov

7  *Attorneys for the United States*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10

11  Jeffrey P. Bennett, an individual,         Case No. 2:20-cv-01584-GMN-NJK

12                 Plaintiff,

13         v.                                  **[Proposed] Stipulation and Order to Extend Bench Trial**

14  United States of America; Does I through X,
    inclusive; and Roe Corporations I-X,       **(First Request)**
15  inclusive,

16                 Defendants.

17

18         **IT IS HEREBY STIPULATED** by and between Plaintiff, Jeffrey P. Bennett, by and

19  through his attorney of record, Adam R. Fulton, Esq., Logan G. Willson, Esq. of the law

20  firm of Jennings & Fulton, Ltd., and Defendant, United States of America, by and through

21  Assistant United States Attorney Skyler H. Pearson, that the bench trial currently

22  scheduled for May 8, 2023, with calendar call set for May 2, 2023, be extended to June 28,

23  2023. The reasons for the stipulated extension are as follows:

24         First, Plaintiff plans to be out of town on what would be the first day of the May

25  trial. Second, Plaintiff's counsel currently has various other trials in state court that may

26  conflict with the current trial schedule. And third, Defense counsel's wife is expecting a

27  baby in the middle of April. The requested extension will allow Plaintiff to be in town for

28

the trial, will allow Plaintiff's counsel sufficient time to prepare for this trial, and allow Defense counsel time for paternity leave.

Accordingly, the parties stipulate and agree that the bench trial for this case, currently set for May 8, 2023, be continued to begin June 28, 2023.

For the Court's convenience, the parties also provide the following alternative availability dates for the bench trial:

1. July 10–11;
2. July 19–21;
3. July 24–26.

Respectfully submitted this 10th day of March 2023.

| | |
|---|---|
| **JENNINGS & FULTON, LTD.** | JASON M. FRIERSON<br>United States Attorney |
| /s/ Logan G. Willson<br>LOGAN G. WILLSON, ESQ.<br>Attorney for Plaintiff | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

## Order

**IT IS SO ORDERED.** This matter will proceed to a bench trial beginning on Monday, July 24, 2023, at 8:30 AM in Courtroom 7D before Judge Gloria M. Navarro. Calendar call is set for Tuesday, July 18, 2023, at 9:00 AM in Courtroom 7D before Judge Gloria M. Navarro.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: March 10, 2023