ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
*Attorneys for Plaintiff Jeffrey P. Bennett*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY P. BENNETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01584-GMN-NJK |

### STIPULATION AND ORDER REGARDING AUGUST 7, 2023 TRIAL DATE

**IT IS HEREBY STIPULATED** by and between Plaintiff, JEFFREY P. BENNETT, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant, UNITED STATES OF AMERICA, by and through its attorneys of record, JASON M. FRIERSON, ESQ., United States Attorney, and SKYLER H. PEARSON, ESQ., Assistant United States Attorney, that at the July 18, 2023 Calendar Call, Plaintiff's counsel addressed scheduling conflicts with the current August 7, 2023 trial date. At the Calendar Call the Court noted that the trial could be rescheduled for August 9, 2023 at

11:00 a.m. and resume August 11, 2023 at 8:30 a.m., if necessary, if the parties confirmed the proposed new dates with all witnesses.

**IT IS FURTHER STIPULATED** that after the Calendar Call Defendant's counsel confirmed with witnesses James Aliitaeao and Officer S. Eckert, Badge #H4171 that they are available on August 9, 2023 and August 11, 2023.

**IT IS FURTHER STIPULATED** that the parties have confirmed with all witnesses for August 9, 2023 and August 11, 2023.

**IT IS FURTHER STIPULATED** that the trial be continued until August 9, 2023 at 11:00 a.m. and August 11, 2023 at 8:30 a.m.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: July 18, 2023 | DATED: July 18, 2023 |
| **JENNINGS & FULTON, LTD.** | **UNITED STATES ATTORNEY** |
| */s/ Adam R. Fulton, Esq.* | */s/ Skyler H. Pearson, Esq.* |
| ADAM R. FULTON, ESQ. | JASON M. FRIERSON, ESQ. |
| Nevada Bar No. 11572 | Nevada Bar No. 7709 |
| E-mail: afulton@jfnvlaw.com | SKYLER H. PEARSON, ESQ. |
| LOGAN G. WILLSON, ESQ. | ASSISTANT UNITED STATES |
| Nevada Bar No. 14967 | ATTORNEY |
| E-mail: logan@jfnvlaw.com | 501 Las Vegas Blvd. So., Ste. 1100 |
| 2580 Sorrel Street | Email: Skyler.pearson@usdoj.gov |
| Las Vegas, Nevada 89146 | *Attorneys for the United States* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 19, 2023