UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY P. BENNETT, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cv-01584-GMN-NJK |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA., ) | |
| ) | |
| Defendant. ) | |

**PRESENT:** The Honorable Gloria M. Navarro, United States District Court Judge

**RECORDER/TAPE #:** None

**COUNSEL FOR PLAINTIFF:** Adam Fulton, Logan Wilson

**COUNSEL FOR DEFENDANT:** Skylar Pearson, Virginia Tomova

**MINUTE ORDER IN CHAMBERS:** On August 9 and August 11, 2023, the Court conducted a bench trial. **IT IS HEREBY ORDERED** that a transcript of the proceedings on August 9 and August 11, 2023, be prepared for the Court within fourteen (14) days.

**DATED** this   17   day of August, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court